UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOUGLAS B. STEPHENS                              ORDER OF DISMISSAL
                                                 CV-01-5388 (DRH) (MLO)

    -against-

HOFSTRA UNIVERSITY SCHOOL OF LAW
------------------------------------------------------------------X

    The parties having appeared before Magistrate Judge Michael L. Orenstein on October 5, 2006, and a stipulation of dismissal having been placed on the record,

    IT IS HEREBY ORDERED that the case is dismissed with prejudice and without costs.

    The clerk is directed to close this case.

    SO ORDERED.

                                          /S/
                                    DENIS R. HURLEY
                                United States District Judge

Dated: Central Islip, New York
       October 18, 2006